# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

IVY FOUTS,

    Plaintiff,

v.                                    Case No. 5:22-cv-402-JA-PRL

3 BOYS FARM, LLC,

    Defendant.

## ORDER OF DISMISSAL

The Court has been advised by the mediator that the above-styled action has been completely settled. (Mediation Report, Doc. 24).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this case.

**DONE and ORDERED** on August 24, 2023.

                                                  JOHN ANTOON II
                                                  United States District Judge

Copies furnished to:
Counsel of Record